In the Matter of the Claim of TERESA BAKER, Respondent, against L. J. MARTIRANO et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted February 26, 1951; decided March 9, 1951.

*Joseph D. Edwards* for motion.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the moving papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.